E-FILED 09/21/2012

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY McCOOL, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>UNIVERSITY MEDICAL PHARMACEUTICALS CORP., a corporation,<br><br>　　　　　Defendant. | Case No. 2:09-cv-09172-PSG-(FMOx)<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER RE JOINT STATUS REPORT**<br><br>Courtroom: 880<br>Judge:　　Hon. Philip S. Gutierrez<br>Date Filed: November 9, 2009 |
| ELLEN REALSON, on Behalf of Herself and All Others Similarly Situated.<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNIVERSITY MEDICAL PHARMACEUTICALS CORP., a California Corporation,<br><br>　　　　　Defendant. | |

CASE NO. 2:09-cv-09172-PSG-(FMOx)　　　　　　　　　　　　　　　　　　　PROPOSED ORDER

1
2
3
4
5
6
7
8

CELIA KING-SCOTT, on Behalf of Herself and All Others Similarly Situated.

        Plaintiff,

  vs.

UNIVERSITY MEDICAL PHARMACEUTICAL CORP., a California Corporation,

        Defendant.

9
10
11
12

     The Court, having reviewed the Joint Status Report submitted by Plaintiffs and Defendant on September 17, 2012, and aware of the Notice of Lien filed by Eagan Avenatti, LLP on February 23, 2012, makes the following determination:

13
14

     IT IS ORDERED that Defendant University Medical Pharmaceuticals should transfer the settlement funds being held in trust by Defendants' counsel to lead counsel for Plaintiffs, Newport Trial Group;

15
16
17
18
19
20

     IT IS ORDERED that Newport Trial Group, after providing individual payments specified in the parties' agreement to Plaintiffs themselves, shall retain the attorneys' fees portion of the settlement funds in escrow pending resolution of the lien noticed by Eagan Avenatti, LLP, and should not until the lien is resolved expend any of the funds subject to that lien other than here specified;

21
22
23
24
25
26

     IT IS FURTHER ORDERED that, with both parties representing that Defendant has complied in full with the terms of the parties' Confidential Settlement Agreement, that the consolidated actions (*McCool v. University Medical Pharmaceutical Corp.*, *Realson v. University Medical Pharmaceutical Corp.*, and *King-Scott v. University Medical Pharmaceutical Corp.*) are hereby dismissed with prejudice.

Date: _9/21/12_                        By:_PHILIP S. GUTIERREZ_
27
                                                     Hon. Philip S. Gutierrez
28